| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | ALFREDO MARMOLEJO-BARRERA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:11-cr-00349 AWI-DLB |
|---|---|
| Plaintiff, | ) *AMENDED* STIPULATION TO CONTINUE |
| | ) STATUS CONFERENCE; ORDER |
| v. | ) |
| | ) Date: April 23, 2012 |
| ALFREDO MARMOLEJO-BARRERA, | ) Time: 1:00 p.m. |
| | ) Judge: Hon. Dennis L. Beck |
| Defendant. | ) |
| | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for April 9, 2012, **may be continued to April 23, 2012 at 1:00 p.m.**

The reason for the continuance is based on unavailability of counsel and investigations. It is the intentions of the parties to set a motion schedule on that date. This continuance will conserve time and resources for both parties and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: March 15, 2012    By:   /s/ *Jeremy R. Jehangiri*
JEREMY R. JEHANGIRI
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 15, 2012    By:   /s/ *Ann H. Voris*
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Alfredo Marmolejo-Barrera

## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

**Dated:   March 16, 2012**          /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE