| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | ANN H. VORIS, Bar #100433<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>ALFREDO MARMOLEJO-BARRERA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-00349 AWI-DLB |
| Plaintiff, | ) | **AMENDED** STIPULATION TO CONTINUE |
| | ) | CHANGE OF PLEA HEARING; ORDER |
| v. | ) | |
| ALFREDO MARMOLEJO-BARRERA, | ) | |
| Defendant. | ) | Date: May 14, 2012<br>Time: 10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the change of plea hearing in the above-captioned matter now set for April 23, 2012, **may be continued to May 14, 2012 at 10:00 a.m.** before Judge Anthony W. Ishii.

The reason for the continuance is based on continued negotiations and resolution of the matter. This continuance will conserve time and resources for both parties and the court.

///
///
///
///
///
///

1. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: April 19, 2012      By:   /s/ *Jeremy R. Jehangiri*
JEREMY R. JEHANGIRI
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 19, 2012      By:   /s/ *Ann H. Voris*
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Alfredo Marmolejo-Barrera

**O R D E R**

IT IS SO ORDERED.

Dated:   April 19, 2012

CHIEF UNITED STATES DISTRICT JUDGE