1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559)  497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6        United States of America

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   1:11-CR-00349-AWI-DLB
                                     )
12              Plaintiff,           )   FINAL ORDER OF FORFEITURE
                                     )
13       v.                          )
                                     )
14  ALFREDO MARMELEJO-BARRERA,       )
                                     )
15              Defendant.           )
                                     )
16  _____     )

17       WHEREAS, on May 24, 2012, this Court entered a Preliminary Order

18  of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based

19  upon the plea agreement entered into between plaintiff and defendant

20  Alfredo Marmelejo-Barrera forfeiting to the United States the

21  following property:

22           a.   ACER Desktop Computer, bearing serial number
                  00043-696-354-945; and
23
             b.   Compact discs and DVDs.
24

25       AND WHEREAS, beginning on May 26, 2012, for at least 30

26  consecutive days, the United States published notice of the Court's

27  Order of Forfeiture on the official internet government forfeiture

28  site www.forfeiture.gov. Said published notice advised all third

parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Alfredo Marmelejo-Barrera.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:     August 2, 2012          _____
                                   CHIEF UNITED STATES DISTRICT JUDGE

FINAL ORDER OF FORFEITURE